# APPEARANCE FORM (CIVIL)
## Initiating Party

| | CAUSE NO: | |
|---|---|---|
| 1. | Name of first initiating party | Barbara Yates<br>1493 Green Spring Way<br>Greenwood, IN  46143 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Rom Byron #21268-49<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN  47404<br>PHONE:    812 332-9451<br>FAX:        812 331-5321<br>Email:  rom@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules | |
| Continuation of Item 1 (Names of initiating parties) | | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | | |

           s/Rom Byron
           Attorney-at-Law
           (Attorney information shown above.)

| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE JOHNSON | COURT |
| | ) SS: | | |
| COUNTY OF JOHNSON | ) | CAUSE NO. | |

BARBARA YATES

     VS.

MENARD, INC.

# COMPLAINT FOR DAMAGES

     Comes now the plaintiff, Barbara Yates, by counsel, Ken Nunn Law Office, and for cause of action against the defendant, Menard, Inc., alleges and says:

     1.     That on or about August 15, 2020, the plaintiff, Barbara Yates, was a customer at the Menards store located at 300 South Marlin Drive in Greenwood, Johnson County, Indiana.

     2.     That on or about August 15, 2020, the plaintiff, Barbara Yates, tripped and fell on a plastic object on the floor at the entrance to the store, causing the plaintiff to suffer serious injuries.

     3.     That it was the duty of the defendant to use ordinary care and diligence to keep and maintain the said premises in a condition reasonably safe for its intended uses and free from all defects and conditions which would render the premises dangerous and unsafe for plaintiff, or present an unreasonable risk of harm to plaintiff in her lawful use of same.

     4.     That it was the duty of the defendant to exercise reasonable care to protect plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable use of said premises.

     5.     That it was the duty of the defendant to have available sufficient personnel and equipment to properly inspect and maintain the aforesaid premises in a condition reasonably safe for plaintiff and free from defects and conditions rendering the premises unsafe.

     6.     That it was the duty of the defendant to warn plaintiff of the dangerous and unsafe condition existing on said premises.

     7.     That the defendant knew or should have known of the unreasonable risk of danger to the plaintiff but failed either to discover it or to correct it after discovery.

-2-

8. That the fall and resultant permanent injuries of plaintiff were caused by the negligence of the defendant who failed to utilize reasonable care in the inspection and maintenance of said premises.

9. That the aforesaid acts of negligence on the part of the defendant were the proximate cause of the injuries sustained by the plaintiff.

10. That the plaintiff has incurred medical expenses and other special expenses, and will incur future medical expenses, lost wages and other special expenses, as a direct and proximate result of defendant's negligence.

WHEREFORE, the plaintiff demands judgment against the defendant for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses and other special expenses, for future medical expenses, lost wages and other special expenses, court costs, and all other proper relief in the premises.

KEN NUNN LAW OFFICE


BY: *s/ Rom Byron*
Rom Byron, #21268-49
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: romb@kennunn.com


**REQUEST FOR TRIAL BY JURY**

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

-3-

KEN NUNN LAW OFFICE

BY:     *s/ Rom Byron*
        Rom Byron, #21268-49
        KEN NUNN LAW OFFICE
        104 South Franklin Road
        Bloomington, IN  47404
        Phone: (812) 332-9451
        Fax: (812) 331-5321
        E-mail: romb@kennunn.com

Rom Byron, #21268-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff

94989.49

| | |
|---|---|
| STATE OF INDIANA | IN THE JOHNSON SUPERIOR COURT 1 |
| COUNTY OF JOHNSON | CAUSE NO.: 41D01-2010-CT-000157 |

BARBARA YATES
    Plaintiff,

v.

MENARD, INC.
    Defendant.

## E-FILING APPEARANCE BY ATTORNEY UNDER TRIAL RULE 3.1

Party Classification:  Initiating: _____  Responding: __X__  Intervening: _____

1. The undersigned attorney appears in this case for the following party member:

**Menard, Inc.**

2. Attorney information for service as required by Trial Rule 5(B)(2):

| | | |
|---|---|---|
| Jessica N. Hamilton | Atty. No. | 34268-71 |
| KOPKA PINKUS DOLIN PC | Telephone: | (317) 818-1360 |
| 550 Congressional Boulevard | Facsimile: | (317) 818-1390 |
| Suite 310 | Email: | jnhamilton@kopkalaw.com |
| Carmel, IN 46032 | | |
| | | |
| Leslie B. Pollie | Atty. No. | 25716-49 |
| KOPKA PINKUS DOLIN PC | Telephone: | (317) 818-1360 |
| 550 Congressional Boulevard | Facsimile: | (317) 818-1390 |
| Suite 310 | Email: | lbpollie@kopkalaw.com |
| Carmel, IN 46032 | | |

**IMPORTANT:**  Each attorney specified on this Appearance:

(a) certified that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b) acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email addresses specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

(c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

1

3.  Case Type requested under Administrative Rule 8(b)(3): **CT**

4.  I will accept service by fax at the above noted number: **No**

    I will accept service by email at the above noted address: **Yes**

5.  This case involves child support issues: **No**

6.  This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order: **No**

7.  This case involves a petition for involuntary commitment: **No**

8.  Are there related cases: **No**

9.  Additional information required by local rule: **No**

10. Are there other party members: **No**

11. This form has been served on all other parties and a Certificate of Service is attached.

                                    Respectfully Submitted,

                                    KOPKA PINKUS DOLIN PC


                                    By: *Jessica N. Hamilton*_____
                                        Jessica N. Hamilton (#34268-71)
                                        Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November, 2020, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Rom Byron
Ken Nunn Law Office
104 South Franklin Rd
Bloomington, IN 47404



                                    *Jessica N. Hamilton*_____

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.

Suite 310
Carmel, IN  46032
Tel:     (317) 818-1360
Fax:     (317) 818-1390
Email: jnhamilton@kopkalaw.com

**UNITED STATES POSTAL SERVICE**

Mailer: Ken Nunn Law Office

Date Produced: 11/09/2020

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8324 0041 99. Our records indicate that this item was delivered on 11/03/2020 at 09:49 a.m. in INDIANAPOLIS, IN 46204. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

MENARD INC
C/O: THE PRENTICE-HALL CORPORATION SYSTEM INC
STE 1610
135 N PENNSYLVANIA ST
INDIANAPOLIS IN 46204-2448

Customer Reference Number:    C2347763.13354801
Return Reference Number:         BARBARA YATES

2

USPS MAIL PIECE TRACKING NUMBER:   42046204921489019403832400419
MAILING DATE:        10/30/2020
DELIVERED DATE:   11/03/2020
CUSTOM1:

MAIL PIECE DELIVERY INFORMATION:

MENARD INC
C/O: THE PRENTICE-HALL CORPORATION SYSTEM INC
STE 1610
135 N PENNSYLVANIA ST
INDIANAPOLIS IN 46204-2448

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 10/29/2020 21:17 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 10/30/2020 20:52 | ORIGIN ACCEPTANCE | BLOOMINGTON,IN 47404 |
| 10/30/2020 22:07 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS,IN 46206 |
| 11/01/2020 23:16 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS,IN 46206 |
| 11/02/2020 09:04 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS,IN 46206 |
| 11/03/2020 09:31 | ARRIVAL AT UNIT | INDIANAPOLIS,IN 46204 |
| 11/03/2020 09:42 | OUT FOR DELIVERY | INDIANAPOLIS,IN 46204 |
| 11/03/2020 09:49 | DELIVERED INDIVIDUAL PICKED UP AT USPS | INDIANAPOLIS,IN 46204 |

Case 1:20-cv-03039-DML-RLY   41D01-2010-CT-001157   Document 1-1 Filed 11/19/20   Page 10 of 11 PageID #: 13
Johnson Superior Court 1

FILED: 10/27/2020 12:20 PM
Clerk
Johnson County, Indiana

CIRCUIT/SUPERIOR COURT FOR THE COUNTY OF JOHNSON
STATE OF INDIANA
COURTHOUSE, 5 E. JEFFERSON STREET
FRANKLIN, INDIANA  46131

Barbara Yates

                Plaintiff(s)

   VS.                                      No. _____

Menard, Inc.

                Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Menard, Inc., c/o The Prentice-Hall Corporation System, Inc., 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204**

    You have been sued by the person(s) named "plaintiff" in the court stated above.

    The nature of the suit against you is stated in the complaint which is attached to this document.  It also states the demand which the plaintiff has made and wants from you.

    You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.  You have twenty-three (23) days to answer if this summons was received by mail.  **Such Answer Must Be Made In Court.**

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 10/27/2020

_____
CLERK, JOHNSON CIRCUIT/SUPERIOR COURT

ROM BYRON, #21268-49
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN   47404
TELEPHONE: (812)332-9451

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

    A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this ___ day of _____, 2020.

_____
SIGNATURE OF DEFENDANT

PRAECIPE:  I designate the following mode of service to be used  by the Clerk.

XX      By certified or registered mail with return receipt to above address.

☐      By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐      By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐      By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY:    *s/ ROM BYRON*_____
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING: I certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

    Dated this __ day of _____, 2020.

                                      _____
                                      CLERK, JOHNSON CIRCUIT COURT

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the __ day of ___ _____, 2020, and that a copy of the return of receipt was received by me on the __ day of _____, 2020, which copy is attached herewith.

                                      _____
                                    CLERK, JOHNSON CIRCUIT COURT

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of ___ _____, 2020, and I did deliver said summons and a copy of the complaint to the Sheriff of JOHNSON County, Indiana.

    Dated this __ day of _____, 2020.

                                      _____
                                    CLERK, JOHNSON CIRCUIT COURT

**RETURN OF SUMMONS:** This summons came to hand on the __ day of _____, 2020, and I served the same on the __ day of _____, 2020.
1. By mailing a copy of the summons and complaint personally to _____ address _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____ the dwelling house or usual place of abode of defendant:_____(Name of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2020 to _____ his last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit:_____.
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2020.

                                      _____
                                    SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:
1. By delivery on the __ day of _____, 2020 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the __ day of _____, 2020 for each of the within named defendant(s)_____ , a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ ____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____ and by mailing a copy of the summons without the complaint to _____ at _____ the last known address of defendant(s).

All done in JOHNSON County, Indiana.

Fees: $_____

                                      _____
                                    SHERIFF or DEPUTY